USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IVAR GOLDART and 23-07 39th AVENUE LLC,   :

                                          :

                            Plaintiffs,   :

                                          :                18-CV-4709 (VEC)

            -against-                     :

                                          :                ORDER

                                          :

ALBERT O. GRANT II, Esq.,                 :

                                          :

                            Defendant.    :

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on July 8, 2019, the Court stayed this case pending the parties' efforts to

resolve their claims (Dkt. 114);

        IT IS HEREBY ORDERED THAT:  No later than **July 31, 2020**, Plaintiff is directed to

provide an update detailing the status of this case.

**SO ORDERED.**

**Date:  July 16, 2020**                                     _____
       **New York, New York**                                    **VALERIE CAPRONI**
                                                             **United States District Judge**